UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY McCLENDON

    Plaintiff,                      Case No. 05-CV-74795
                                        HON. BERNARD A. FRIEDMAN

vs.

BLAINE LAFLER, et al.,

    Defendants.
_____/

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated July 31, 2006. No objections were filed thereto.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated July 31, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss be GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Proposed Stipulation be DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion For Stay be DENIED.


Dated: September 27, 2006        __s/Bernard a. Friedman _____
      Detroit, Michigan             BERNARD A. FRIEDMAN
                                          CHIEF UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.

_____/s/ Patricia Foster Hommel_____
        Patricia Foster Hommel
   Secretary to Chief Judge Friedman